# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RAMIRO CONTRERAS,<br><br>                                      Plaintiff,<br>           vs.<br>INTERNAL REVENUE SERVICE;<br>CHARLES VINCENT MONTALBANO;<br>CLARICE MARIE ROBBINS; ESTATE OF<br>MARIE MONTALBANO; and DOES 1<br>through 100, inclusive,<br><br>                                      Defendants. | CASE NO. 06CV1312 BEN (RBB)<br><br>ORDER |

Upon due consideration of the documents filed in this action, as well as the arguments of counsel appearing before the Court on January 16, 2007, the Court orders as follows:

The Order to Show Cause is hereby dismissed.

All deadlines are to be adhered to strictly by all parties.

No extensions or continuances are to be granted, barring extraordinary circumstances.

This case is to be tried within 18 months of the date the Complaint was filed, subject to the Court's calendar.

IT IS SO ORDERED.

DATED:  January 16, 2007

Hon. Roger T. Benitez
United States District Judge