IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RAMIRO CONTRERAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>　　　　　　Defendants.<br><br>CLARICE MARIE ROBBINS,<br><br>　　　　　　Cross-Complainant,<br><br>　　v.<br><br>ESTATE OF RAMIRO CONTRERAS; et al.,<br><br>　　　　　　Cross-Defendants | Civil No. 06-CV-1312-BEN-RBB<br><br>ORDER GRANTING THE UNITED STATES' *EX PARTE* REQUEST TO EXCUSE PERSONAL APPEARANCE OF PERSON WITH FULL SETTLEMENT AUTHORITY FROM THE EARLY NEUTRAL EVALUATION CONFERENCE |

Upon consideration of the United States' *Ex Parte* Request to Excuse Personal Appearance of Person with Full Settlement Authority from the Early Neutral Evaluation Conference and good cause

1  having been shown, the Court grants the United States' request. The United States may appear at the
2  Early Neutral Evaluation Conference through its trial attorney, Justin S. Kim.

4  **IT IS SO ORDERED.**

6  DATE:   February 5, 2007

   *(signature)*
   THE HONORABLE RUBEN B. BROOKS
   United States Magistrate Judge

28  Proposed Order                              - 2 -                         Civil No. 06-CV-1312-BEN-RBB

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of February, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Steven P. Haskett, sph@philaw.com; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non CM/ECF participants:

Virginia L. Weber
Virginia L. Weber Inc.
4817 Santa Monica Avenue, Suite D
San Diego, CA 92102

    /s/ Justin S. Kim
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice

Civil No. 06-cv-2648-JM-LSP     - 3 -